People v Acosta (2024 NY Slip Op 03092)

People v Acosta

2024 NY Slip Op 03092

Decided on June 06, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 06, 2024

Before: Webber, J.P., Oing, Kapnick, Rosado, Michael, JJ. 

Ind No. 1580/15 Appeal No. 2444 Case No. 2019-4390 

[*1]The People of the State of New York, Respondent,
v
Luis Acosta, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Elizabeth Batkin of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Nathan Morgante of counsel), for respondent.

Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered December 5, 2017, convicting defendant, upon his plea of guilty, of violation of probation, revoking his prior sentence of probation, and resentencing him to a term of two years, unanimously affirmed.
Defendant did not move to withdraw his guilty plea or to vacate his conviction; therefore, his challenge to the validity of his plea is unpreserved (see People v Williams, 27 NY3d 212, 214 [2016]). The narrow exception to the preservation requirement does not apply (see People v Lopez, 71 NY2d 662, 666 [1988]). We decline to review the unpreserved claim in the interest of justice.
Even if defendant's challenge to the validity of his plea has merit, we would affirm. Defendant requests dismissal of the violation of probation and termination of his original sentence of probation, rather than a remand of the matter for further proceedings. Alternatively, he requests an affirmance of the conviction if this Court declines to grant dismissal. We do not find dismissal to be appropriate and thus, affirm the conviction (see People v Boynton, 217 AD3d 583, 584 [1st Dept 2023], lv denied 40 NY3d 950 [2023]; People v Teron, 139 AD3d 450, 450 [1st Dept 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 6, 2024